# DECLARATION OF PAIGE WILDER

I, Paige Wilder, being duly sworn, do hereby state as follows:

1. I currently work for Orkin, LLC ("Orkin, LLC") as the Human Resources Director and have been employed in this capacity for approximately four years. I offer this Declaration in Support of Defendant Orkin LLC's Notice of Removal. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to each fact.

2. As part of my job duties in this capacity, I have knowledge of the corporate structure and operating status of Orkin, LLC. I also have access to information related to employee compensation and payroll.

3. Orkin, LLC is a limited liability company formed under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Orkin, LLC's high level officers are located in Atlanta, Georgia, and its business operations are directed, controlled, and coordinated in Orkin, LLC's headquarters in Atlanta, Georgia.

4. Rollins, Inc. is the owner and sole member of Orkin, LLC. Rollins, Inc. is a Delaware corporation organized under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Rollins, Inc.'s high level officers are located in Atlanta, Georgia, and its business operations are directed, controlled, and coordinated in Rollins, Inc.'s headquarters in Atlanta, Georgia.

5. I reviewed the records of a former Orkin, LLC employee by the name of Kevin Hill. This is the same individual who is the Plaintiff in the matter of *Kevin Hill v. Orkin.* Orkin, LLC employed Mr. Hill during the period of approximately March 1994, through November 2022.

At the time Mr. Hill's employment ended, he earned approximately $95,000 per year in total compensation.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my belief.

Executed this 1st day of February, 2024

                                                                     Paige Wilder

**Signature:** *Paige Wilder*
Paige Wilder (Feb 1, 2024 14:32 EST)

**Email:** pwilder@rollins.com

FP 49460372.1

# Hill v. Orkin- Declaration iso Removal(49460372.1)

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　2024-02-01

| | |
|---|---|
| Created: | 2024-02-01 |
| By: | Janice Rugis (jrugis@fisherphillips.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAykDyHZXmwMnoJEe2W5xBtcWQjB5TED8n |

## "Hill v. Orkin- Declaration iso Removal(49460372.1)" History

📄 Document created by Janice Rugis (jrugis@fisherphillips.com)
　　2024-02-01 - 7:30:19 PM GMT- IP address: 99.188.250.254

✉️ Document emailed to Paige Wilder (pwilder@rollins.com) for signature
　　2024-02-01 - 7:30:25 PM GMT

📄 Email viewed by Paige Wilder (pwilder@rollins.com)
　　2024-02-01 - 7:31:57 PM GMT- IP address: 104.47.57.254

✍️ Document e-signed by Paige Wilder (pwilder@rollins.com)
　　Signature Date: 2024-02-01 - 7:32:55 PM GMT - Time Source: server- IP address: 107.77.195.82

✅ Agreement completed.
　　2024-02-01 - 7:32:55 PM GMT

Adobe Acrobat Sign